UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
*MINUTES OF PROCEEDINGS*

**NEWARK** **DATE:** May 28, 2013

**JUDGE:** William H. Walls

**COURT REPORTER:** Yvonne Davion

**DEPUTY CLERK:** Loretta Minott

**Title of Case:** **Docket**: 12cv2063

SOPHIA MARTINA v. L.A. FITNESS INTERNATIONAL, LLC

**Appearances:**
Andrew Wolfe, Esq., for plaintiff
Charles B. Casper, Esq., for defendant

**Nature of proceedings:** PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Hearing on plaintiff's Motion for Settlement/Preliminary Approval of Class Action Settlement

Settlement approved. Order submitted to the court.

**Time Commenced** 10:05 a.m.
**Time Adjourned** 10:15 a.m.

*Loretta Minott*
Deputy Clerk